United States District Court
Southern District of Texas
**ENTERED**
July 17, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Ning Gu, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-19-1917 |
| | § | |
| RCI Hospitality Holdings, Inc., | § | |
| et al, | § | |

## RECUSAL ORDER

1. I stand recused in this case.

2. Deadlines in scheduling orders subsist. Any court settings are vacated.

Signed on the ___16___ day of July, 2019.

_____
DAVID HITTNER
United States District Judge