**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Ning Gu | § | |
| | § | |
| *versus* | § | Civil Action 4:19−cv−01917 |
| | § | |
| RCI Hospitality Holdings, Inc., et al. | § | |

# Notice of Reassignment

This case is reassigned to Judge Keith P Ellison.

Entered:  July 18, 2019                                                David J. Bradley, Clerk